**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
ANTHONY PATEK (State Bar No. 228964)
anthony@gutridesafier.com
MARIE A. MCCRARY (State Bar No. 262670)
marie@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 529-4995
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COGENT MEDICINE INC., <br><br> Plaintiff, <br><br> v. <br><br> ELSEVIER INC., <br><br> Defendant. | Case No. 3:13-cv-4479 <br><br> **PLAINTIFF'S STATUS REPORT** |

Plaintiff Cogent Medicine, Inc. hereby submits its Status Report pursuant to the Court's December 30, 2013 Order. (Dkt. #9).

### I.    Background

Plaintiff is the owner of all right, title, and interest in United States Patent No. 7,133,879, entitled "Personalized Library Interface for Providing Data to a User," duly and legally issued by the United States Patent and Trademark Office on November 7, 2006 (hereinafter, the "Asserted

Patent"). The Asserted Patent generally describes and claims a computer-implemented method for providing users with a personal library interface containing medical literature.

Plaintiff was formed in 2000 by the inventors of the Asserted Patent, Dr. Alan Maloney and Dr. Brian Goldsmith, to provide medical professionals access to medical literature in a personalized library interface via its website (http://www.cogentmedicine.com).  In 2012, Plaintiff sold its personalized library interface service and website to the American College of Radiology (the "ACR").  The ACR continues to operate the service (https://www.acrjournaladvisor.com/).  Plaintiff retains its rights in all its intellectual property, including the Asserted Patent, and Drs. Maloney and Goldsmith continue to control Plaintiff.

Plaintiff alleges that Defendant Elsevier, Inc. ("Defendant") has infringed and continues to infringe the Asserted Patent by making, using, offering to sell, selling, and/or importing into the United States at least the MD Consult, First Consult, and Clinical Key products and services, accessible through at least http://www.mdconsult.com, http://firstconsult.com, http://www.clinicalkey.com, and the iOS First Consult mobile application.

## II.  Status of Case

After Plaintiff filed its complaint on September 27, 2013, the parties engaged in preliminary settlement discussions.  On November 14, 2013, Plaintiff sent a Request for Waiver of Service to Defendant pursuant to Fed. R. Civ. Pro. 4(d)(1).  (*See* Dkt. #7.)  Defendant executed the Waiver of Service and Plaintiff filed the waiver on November 14, 2013.  (*Id.*)  Accordingly, pursuant to Fed. R. Civ. Pro. 4(d)(3), Defendant's deadline to answer the Complaint was originally January 13, 2014.  (*Id.*)

Thereafter, Defendant engaged litigation counsel.  Defendant requested that Plaintiff agree to an extension to Defendant's January 13 deadline to answer the Complaint.  Plaintiff agreed to a two-week extension of Defendant's deadline to answer the Complaint.  Accordingly, on January

7, 2014, Defendant filed the parties' stipulation to extend Defendant's deadline to answer the Complaint to January 27, 2014. (Dkt. #11.)

**III.  Next Steps**

Plaintiff requests that this Court issue a revised ADR Scheduling Order, resetting the deadline for the parties to file a case management statement to January 31, 2014, and resetting the initial case management conference to ~~February~~ March 6, 2014 at 10:00 AM.

Respectfully submitted,

Dated: January 9, 2014                    **GUTRIDE SAFIER LLP**



/s/ Marie A. McCrary          /
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Anthony Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 529-4995
Facsimile: (415) 449-6469

Attorneys for Cogent Medicine Inc.

```
Dated:   January 10, 2014

The parties shall appear on March 6, 2014 at 10:00 a.m, for
a Case Management Conference, in Courtroom B, 15th Floor,
before Magistrate Judge Maria-Elena James.  A Joint Case
Management Statement shall be E-filed no later than February
27, 2014.
```