**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COGENT MEDICINE INC., <br><br> Plaintiff, <br><br> v. <br><br> ELSEVIER INC., <br><br> Defendant. | Case No.  5:13-cv-04479-RMW-PSG <br><br> **STIPULATED MOTION TO RESET CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE** |

Pursuant to Civil Local Rule 16-2(d), Defendant Elsevier, Inc. ("Elsevier") hereby requests that the Court reset the Case Management Conference (currently scheduled for March 21, 2014; *see* ECF 29) and the Motion Hearing Date regarding Elsevier's motion to dismiss (also scheduled for March 21, 2014; *see* ECF 28) **to March 28, 2014**.  Elsevier requests this one-week continuance to accommodate Elsevier counsel's spring break family vacation plans that have been reserved for the week of March 21 long before the hearing dates were set.  Counsel for Elsevier has conferred with counsel for Cogent, and the parties agree to the one-week continuance.  No other dates will be affected.  The parties will submit their Case Management Statement by March 14, 2014 as currently required by the Court.

Dated:      March 4, 2014            RICHARD S. ZEMBEK
                                     **FULBRIGHT & JAWORSKI LLP.**


                                     By  s/ Richard S. Zembek
                                         RICHARD S. ZEMBEK
                                         Attorney for Defendant Elsevier, Inc.
                                         E-mail:
                                         richard.zembek@nortonrosefulbright.com

                                     MARIE ANN MCCRARY
Dated:      March 4, 2014            **GUTRIDE SAFIER LLP**

                                     By  /s/Marie Ann McCrary
                                         Attorney for Plaintiff Cogent Medicine Inc.
                                         E-mail:  marie@gutridesafier.com

DOCUMENT PREPARED
ON RECYCLED PAPER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION CLAUSE

I, Richard S. Zembek, am the ECF User whose ID and password are being used to file this STIPULATED MOTION TO RESET CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Marie Ann McCrary, attorney for Plaintiff Cogent Medicine Inc., concurred in this filing.

By  s/ Richard S. Zembek
Richard S. Zembek
Attorney for Defendants Elsevier, Inc.
E-mail: richard.zembek@nortonrosefulbright.co

- 1 -

ATTESTATION CLAUSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COGENT MEDICINE INC.,<br><br>     Plaintiff,<br><br>    v.<br><br>ELSEVIER INC.,<br><br>     Defendant.<br><br>Case No.  5:13-cv-04479-RMW-PSG | **[] ORDER RESET CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE** |

     Having considered the parties' Stipulated Motion To Reset Case Management Conference And Motion Hearing Date, the Court hereby resets the Case Management Conference for March 28, 2014, at 10:30 am, and resets the Motion Hearing Date (as to ECF 17 Defendant's Motion to Dismiss) for March 28, 2014, at 9:00 am.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:**

**Honorable Ronald M. Whyte**
**United States District Judge**