UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COGENT MEDICINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELSEVIER INC.,<br><br>Defendant. | Case Nos. C-13-4479-RMW, -4483, -4486<br><br>**ORDER STAYING THE CASE PENDING *CLS BANK*** |
| COGENT MEDICINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WILEY & SONS, INC. AND JOHN WILEY & SONS LTD.,<br><br>Defendants. | |
| COGENT MEDICINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PHYSICIANS INTERACTIVE HOLDINGS, INC., PHYSICIANS INTERACTIVE, INC., AND SKYSCAPE.COM, INC.,<br><br>Defendants. | |

As discussed at the hearing, the court stays this case until the Supreme Court rules in *CLS Bank*. Within 7 days of the Supreme Court issuing its order in *CLS Bank*, the parties shall meet and confer on a schedule to hear defendants' motion to dismiss or motion for summary judgment on the issue of whether the patent claims patentable subject matter. The schedule shall include dates and page limits for additional briefing and the hearing date must be cleared with the court's clerk. If the parties cannot agree on a schedule within 7 days, they shall advise the court's clerk that a case management conference is needed.

Dated: March 28, 2014

RONALD M. WHYTE
United States District Judge