| | |
|---|---|
| COGENT MEDICINE INC., <br><br>                    Plaintiff, <br><br>      v. <br><br> ELSEVIER, INC., <br><br>                    Defendant. | Case Nos. C-13-4479-RMW, -4483, -4486 <br><br> **STIPULATED BRIEFING SCHEDULE RE: MOTIONS TO DISMISS BASED ON PATENTABLE SUBJECT MATTER AND [] ORDER** |
| COGENT MEDICINE INC., <br><br>                    Plaintiff, <br><br>      v. <br><br> JOHN WILEY & SONS, INC. and JOHN WILEY & SONS LTD., <br><br>                    Defendants. | |
| COGENT MEDICINE INC., <br><br>                    Plaintiff, <br><br>      v. <br><br> PHYSICIANS INTERACTIVE HOLDINGS, INC., PHYSICIANS INTERACTIVE, INC., AND SKYSCAPE.COM, INC., <br><br>                    Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**WHEREAS,** on January 27, 2014, defendants Elsevier, Inc. ("Elsevier") and John Wiley & Sons, Inc. and John Wiley & Sons, Ltd. (collectively, "John Wiley") filed motions to dismiss Plaintiff Cogent Medicine, Inc's complaints against them based on allegations that the patent asserted was invalid for failure to claim patentable subject matter;

**WHEREAS**, on March 28, 2014, this Court issued an order staying the above-captioned cases until the Supreme Court issued an opinion in *Alice Corporation v. CLS Bank International* (Dkt. #37) (hereafter, "Stay Order");

**WHEREAS**, the Supreme Court issued its opinion in *CLS Bank* on June 19, 2014;

**WHEREAS,** on June 25, 2014, the parties met and conferred on a briefing schedule for motions to dismiss / motions for summary judgment based on patentable subject matter;

**NOW, THEREFORE, IT IS STIPULATED**, by and between the undersigned parties, through their respective counsel of record, pursuant to the Stay Order, the following:

| Event | Deadline |
|---|---|
| Deadline for Defendants Elsevier and John Wiley to file a supplemental brief in support of their motions to dismiss based on patentable subject matter (not to exceed 5 pages in length)<br><br>Deadline for Defendants Physicians Interactive Holdings, Inc., Physicians Interactive, Inc., and Skyscape.com, Inc. (collectively, "Skyscape") to file a summary judgment motion based on patentable subject matter | August 4, 2014 |
| Deadline for Plaintiff to file a supplemental brief in opposition to Defendants Elsevier and John Wiley's motions to dismiss based on patentable subject matter (not to exceed 5 pages in length)<br><br>Deadline for Plaintiff to file an opposition to any summary judgment motion based on patentable subject matter filed by Skyscape | August 18, 2014 |
| Deadline for Defendants Elsevier and John Wiley to file a supplemental reply brief in support of their motions to dismiss based on patentable subject matter (not to exceed 3 pages in length) | August 25, 2014 |

| Deadline for Skyscape Defendants to file a reply brief in support of any motion for summary judgment based on patentable subject matter | |
|---|---|
| Hearing on Defendants' motions based on patentable subject matter | September 19, 2014 at 9:00 a.m. |

Respectfully submitted,

Dated: June 26, 2014    **GUTRIDE SAFIER LLP**


*/s/ Marie A. McCrary            /*
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Anthony Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 529-4995
Facsimile: (415) 449-6469

*/s/ Richard S. Zembek            /*
Richard S. Zembek
**Fulbright & Jaworski LLP**
Telephone: (713) 651-5151
Facsimile:  (713) 651-5246
richard.zembek@nortonrosefulbright.com

John A. O'Malley
David Ben-Meir
Daniel A. Prati
Sheila Kadura
**Fulbright & Jaworski LLP**

**Attorneys for Defendants Elsevier, Inc., John Wiley & Sons, Inc., and John Wiley & Sons LLC**

| | |
|---|---|
| 1 | */s/ Sruli Yellin            /* |
| 2 | John H. Pearson, Jr.<br>PEARSON & PEARSON, LLP |
|   | Tel: (978) 452-1971 |
| 3 | Fax: (978) 453-8887<br>jpearson@pearson-pearson.com |
| 4 | |
| 5 | David L. Larson<br>Sruli Yellin |
|   | MCDERMOTT WILL & EMERY |
| 6 | 275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025 |
| 7 | Tel: (650) 815-7400<br>Fax:(650) 815-7401 |
| 8 | **Attorneys for Defendants Physicians Interactive Holdings, Inc., Physicians** |
| 9 | **Interactive, Inc., and Skyscape.com, Inc.** |

IT IS SO ORDERED

Dated: Ï Ð Ð Ñ _____

_____
Hon. Ronald M. Whyte
U.S. District Judge